United States District Court
Southern District of Texas
**ENTERED**
June 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 5:20-CV-230 |
| § § | |
| LFD, LLC, § § | |
| Defendant. § | |

### ORDER

On May 6, 2021, Plaintiff Josh Limas and Defendant LFD, LLC filed a "Joint Stipulation of Dismissal With Prejudice Pursuant to FRCP 41(a)(1)" (Dkt. 10). The stipulation (Dkt. 10), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (*Id.* at 1–2.) Accordingly, the case has been DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.[1]

IT IS SO ORDERED.

SIGNED this 7th day of June, 2021.

Diana Saldaña
United States District Judge

---

[1] Plaintiff need not file a response to the Court's April 30, 2021 order to show cause (Dkt. 9).